# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** CRYSTAL ROBERTSON, et al.,

**v.** DISTRICT OF COLUMBIA

**Case No:** No. 26-8001

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained  ☒ Pro Bono  ☐ Appointed (CJA/FPD)  ☐ Gov't counsel

for the ☐ Appellant(s)/Petitioner(s)  ☒ Appellee(s)/Respondent(s)  ☐ Intervenor(s)  ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| CRYSTAL ROBERTSON | MARCIA CANNON-CLARK |
| ELIZABETH DAGGETT | DAVID CLARK |
| JOANN MCCRAY | ARC OF THE UNITED STATES |
| VERONICA GUERRERO | |

### Counsel Information

**Lead Counsel:** PAUL W. HUGHES

**Direct Phone:** (202) 756-8988  **Fax:** (202) 756-8087  **Email:** phughes@mcdermottlaw.com

**2nd Counsel:** GRACE WALLACK

**Direct Phone:** (202) 756-8503  **Fax:** (202) 756-8087  **Email:** gwallack@mcdermottlaw.com

**3rd Counsel:**

**Direct Phone:** (   )   -     **Fax:** (   )   -     **Email:**

**Firm Name:** MCDERMOTT WILL & SCHULTE LLP

**Firm Address:** 500 North Capitol Street NW, Washington DC

**Firm Phone:** (202) 756-8000  **Fax:** (202) 756-8087  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)