USCA Case #26-8001     Document #2182173     Filed: 07/07/2026     Page 1 of 1

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-8001**                              **September Term, 2025**

**1:24-cv-00656-PLF-MJS**

**Filed On: July 7, 2026** [2182173]

In re: District of Columbia,

      Petitioner

## O R D E R

Upon consideration of appellant's consent motion for a one-week extension of time to file its opening brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | August 10, 2026 |
| Appendix | August 10, 2026 |
| Appellee's Brief | September 9, 2026 |
| Appellant's Reply Brief | September 30, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Michael C. McGrail
Deputy Clerk